United States Bankruptcy Court
Middle District of Florida

In re:                                                            Case No. 20-03470-CPM
Dwayne Dixon Howard                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8        User: lewisb            Page 1 of 1           Date Rcvd: Aug 04, 2020
                            Form ID: B318           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db            +Dwayne Dixon Howard,    11920 Williams St,    Gibsonton, FL 33534-5546
28925711      +A.R.M. Inc.,    PO Box 277690,    Hollywood, FL 33027-7690
28925712      +Ar Resources,    Pob 1056,    Blue Bell, PA 19422-0287
28925713      +Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
28925714      +Bridget Gruman,    3400 W Kennedy Blvd,    Tampa, FL 33609-2906
28925718      +Ccs/first National Ban,    500 East 60th St North,    Sioux Falls, SD 57104-0478
28925720      +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
28925723      +Debt Recovery Solutions LLC,    PO Box 9001,    Westbury, NY 11590-9001
28925719     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Ccs/first Savings Bank,    500 East 60th St North,
                Sioux Falls, SD 57104)
28925726      +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
28925725      +Hillsborough County Fire,    PO Box 30398,    Tampa, FL 33680-0398
28925727      +Inphynet Contracting Srv LLC,    PO Box 740022,    Cincinnati, OH 45274-0022
28925728      +Mercury Card/fb&t/tsys,    1415 Warm Springs Rd,    Columbus, GA 31904-8366
28925730      +Preferred Coll & Manag,    1000 N Ashley Dr Ste 600,    Tampa, FL 33602-3723
28925731      +Southbay Hospital,    PO Box 9060,    Clearwater, FL 33758-9060
28925732      +Tbom/atls/fortiva Mc,    Po Box 105555,    Atlanta, GA 30348-5555
28925733      +Vonnie White,    c/o Ryan J Reed Esq,    101 E Lumsden Rd,    Brandon, FL 33511-6437
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QAESPOSITO.COM Aug 05 2020 05:28:00     Angela Welch,    12157 West Linebaugh Avenue,
                PMB 401,    Tampa, FL 33626-1732
28925715      +EDI: CAPIO.COM Aug 05 2020 05:28:00     Capio Partners,    PO Box 1378,    Sherman, TX 75091-1378
28925716      +EDI: CAPITALONE.COM Aug 05 2020 05:28:00     Capital One Bank Usa N,    Po Box 30281,
                Salt Lake City, UT 84130-0281
28925717      +EDI: PHINGENESIS Aug 05 2020 05:33:00     Cb Indigo/gf,    Po Box 4499,
                Beaverton, OR 97076-4499
28925721      +EDI: CONVERGENT.COM Aug 05 2020 05:28:00     Convergent Outsourcing Inc,    PO Box 9004,
                Renton, WA 98057-9004
28925722      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 05 2020 01:58:22     Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
28925729       E-mail/Text: info@phoenixfinancialsvcs.com Aug 05 2020 02:02:07     Phoenix Financial Serv,
                8902 Otis Ave,    Indianapolis, IN 46216
                                                                                              TOTAL: 7
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28925724*    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
```
              Angela    Welch    welchtrustee@gmail.com, aesposito@ecf.axosfs.com
              Douglas   Jackson    on behalf of Debtor Dwayne Dixon Howard djackson@GetYourLegalAction.com,
               sbechtel@GetYourLegalAction.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Dwayne Dixon Howard** | Social Security number or ITIN   **xxx−xx−9750** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **8:20−bk−03470−CPM** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dwayne Dixon Howard

Dated: August 4, 2020

*Catherine M. Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                 **Order of Discharge**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**