Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Dwayne Dixon Howard, Case Number 20-03470, CPM

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>United States Bankruptcy Court</u>
<u>Sam M. Gibbons United States Courthouse</u>
<u>801 North Florida Avenue, Suite 555</u>
<u>Tampa, FL 33602</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

Debt Recovery Solutions LLC
PO Box 9001
Westbury, NY 11590-9001

Debt Recovery Solutions, LLC

6800 Jericho Turnpike

Syosset NY 11791

/s/ Douglas G. Jackson
Signature of Debtor or Debtor's Attorney

08/19/2020
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.